1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY SCOTT VAN HUISEN,              No. 2:24-cv-02905-TLN-AC

12                    Plaintiff,

13           v.                              **ORDER**

14    PATRICK COVELLO, et al.,

15                    Defendants.

16

17          Plaintiff Gregory Scott Van Huisen ("Plaintiff"), a state prisoner proceeding *pro se*, filed

18    this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On November 15, 2024, the magistrate judge filed findings and recommendations herein

21    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

22    findings and recommendations were to be filed within twenty-one days.  (ECF No. 11.)  The

23    findings and recommendations were served again on November 27, 2024, after Plaintiff filed a

24    notice of change of address.  Plaintiff has not filed objections to the findings and

25    recommendations.

26          The Court has reviewed the file and finds the findings and recommendations to be

27    supported by the record and by the magistrate judge's analysis.

28    ///

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 11) are ADOPTED IN FULL;

2. The Complaint is DISMISSED without leave to amend for failure to state a claim; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Date: January 24, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE