UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SCOTT VAN HUISEN, | No. 2:24-cv-2905 TLN AC P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK COVELLO, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. By order filed January 27, 2025, the complaint was dismissed without leave to amend for failure to state a claim and this case was closed. ECF No. 15. Plaintiff appealed and the appeal was dismissed after plaintiff failed to comply with a court order. ECF No. 20. He has now filed a motion to re-open the case. ECF No. 21. However, the motion does not identify any grounds for re-opening the case and is largely nonsensical.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to re-open the case (ECF No. 21) is DENIED.

DATED: December 11, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE